RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Somxay Soyinthisane

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-298-RFB-GWF |
| Plaintiff, | **UNOPPOSED MOTION TO MODIFY CONDITIONS TO PERMIT TRAVEL** |
| v. | |
| SOMXAY SOYINTHISANE, | (Expedited Treatment Requested) |
| Defendant. | |

Comes now the defendant, Somxay Soyinthisane, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby files this Unopposed Motion to Modify Conditions to Permit Travel. This request is based on the Points and Authorities attached hereto.

DATED this 5th day of March, 2019.

    RENE L. VALLADARES
    Federal Public Defender

By: */s/ Raquel Lazo*
    RAQUEL LAZO
    Assistant Federal Public Defender
    Attorney for Somxay Soyinthisane

# POINTS AND AUTHORITIES

1) On September 21, 2018, this Court released Mr. Soyinthisane on a personal recognizance bond with conditions. *See* PR Bond (#8).

2) Mr. Soyinthisane's travel is restricted to Clark County, Nevada. *Id*. Mr. Soyinthisane respectfully requests that his conditions be modified to permit him to travel to Fresno, California. Mr. Soyinthisane, along with his wife and children, will be traveling together to visit family, specifically a cousin who is undergoing chemotherapy treatment.

3) Mr. Soyinthisane also plans to attempt to get an identification card through the state of California (as they apparently already have his records on file). He has been having difficulty getting an identification card in the state of Nevada.

3) Mr. Soyinthisane is requesting travel permission from March 7, 2019 to March 12, 2019. Mr. Soyinthisane will provide detailed travel plans and itinerary to Pretrial Services Officer McKillip. Officer McKillip will fashion whatever parameters she feels are necessary for the trip.

4) Pretrial Services Officer McKillip has no opposition to this request.

5) The government also has no opposition to this request.

Dated this 5th day of March, 2019.

                              Respectfully submitted,

                              RENE L. VALLADARES
                              Federal Public Defender

                    By:  */s/Raquel Lazo*
                              RAQUEL LAZO
                              Assistant Federal Public Defender
                              Attorney for Somxay Soyinthisane

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

SOMXAY SOYINTHISANE,

    Defendant.

Case No. 2:18-cr-298-RFB-GWF

**ORDER**

IT IS HEREBY ORDERED that Defendant Somxay Soyinthisane, is permitted to travel to Fresno, California from March 7 – March 12, 2019, in accord with the proposals set forth in his Unopposed Motion.

DATED this __5th__ day of March, 2019.

 

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 5, 2019, he served an electronic copy of the above and foregoing **Unopposed Motion to Modify Conditions to Permit Travel** (**Expedited Treatment Requested**) by electronic service (ECF) to the person named below:

        NICHOLAS A. TRUTANICH
        United States Attorney
        JARED GRIMMER
        Assistant United States Attorney
        501 Las Vegas Blvd. South
        Suite 1100
        Las Vegas, NV 89101

                                  */s/ Brandon Thomas*
                                  Employee of the Federal Public Defender